UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-196-3F

UNITED STATES OF AMERICA,      :
                               :            AMENDED
        v.                     :     ORDER FOR DISMISSAL
                               :
TAHJI ANTONIO ELEY             :

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina, hereby dismisses Count Five of the Superseding Indictment against the above-captioned defendant for the following reasons:

In light of United States v. Simmons, F.3d. , No. 08-4475, 2011 WL 3607266 (4th Cir. 2011)(en banc), the defendant's prior convictions were not punishable by imprisonment for a term exceeding one year, and thus his prior convictions were not predicate convictions pursuant to Title 18, United States Code, Section 922(g)(1). As a result, the defendant cannot be prosecuted for felon in possession of a firearm under federal law.

Respectfully submitted this 9th day of February, 2012.

                    THOMAS G. WALKER
                    United States Attorney

                    /s/ Jane J. Jackson
                    JANE J. JACKSON
                    Assistant United States Attorney
                    Criminal Division
                    U.S. Attorney's Office, EDNC
                    310 New Bern Avenue, Suite 800
                    Raleigh, North Carolina 27601
                    E-mail: jane.jackson@usdoj.gov
                    Telephone: 919-856-4530
                    Fax: 919-856-4487
                    GA Bar No. 398051

        Leave of Court is granted for the filing of the foregoing
dismissal.

                    _____
                    JAMES C. FOX
                    United States District Judge

DATE:    2/10/12