IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00196-F-3
No. 5:16-CV-00480-F

| | | |
|---|---|---|
| TAHJI ANTONIO ELEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Tahji Antonio Eley's Motion to Vacate, Set Aside, or

Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-143]. Having examined Eley's motion

pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the United States

Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing Section 2255

Proceedings, or to make such other response as appropriate to the above-captioned § 2255

motion within **forty (40)** days of the filing of this order.

Eley asserts a challenge based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), and

he previously qualified for appointed counsel. Sherri R. Alspaugh with the Office of the Federal

Public Defender has been appointed to represent Eley pursuant to Standing Order No. 15-SO-2

(E.D.N.C. Oct. 16, 2015).

SO ORDERED.

This 23 day of June, 2016.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE