UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tahji Antonio Eley**  Docket No. 5:10-CR-196-3FL

**Petition for Action on Supervised Release**

COMES NOW Julie W. Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tahji Antonio Eley, who, upon an earlier plea of guilty to Conspiracy to Commit Robbery of a Business in Interstate Commerce, 18 U.S.C. § 1951, Robbery of a Business Engaged in Interstate Commerce and Aiding and Abetting, 18 U.S.C. §§ 1951 and 2, Use and Carry a Firearm During a Federal Crime of Violence and Aiding and Abetting, 18 U.S.C. §§ 924 (c) and 2, and Possession of a Firearm by Felon, 18 U.S.C. §§ 922(g)(1) and 924. He was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 19, 2011, to the custody of the Bureau of Prisons for a term of 244 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On November 29, 2011, the U.S. Fourth Circuit Court of Appeals vacated the sentence and remanded the case for resentencing based on the opinion in *U.S. v. Simmons*, 65 F.3d 140 (4th Cir. 2011). On January 31, 2012, Eley was resentenced to a total term of 121 months, followed by 60 months of supervised release.

Tahji Antonio Eley was released from custody on July 19, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Eley was referred for substance abuse treatment upon release based on his recent history of substance use while in custody. On August 5, 2019, he tested positive for marijuana and cocaine use. He acknowledged making poor decisions upon his release and spending time with others from his past. Eley agreed that a curfew would help him to establish a more prosocial routine. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

**Tahji Antonio Eley**
**Docket No. 5:10-CR-196-3FL**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Julie W. Rosa<br>Julie W. Rosa<br>Senior U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8675<br>Executed On: August 21, 2019 |

## ORDER OF THE COURT

Considered and ordered this __22nd__ day of __August__, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge

**Tahji Antonio Eley**
**Docket No. 5:10-CR-196-3FL**
**Petition For Action**
**Page 3**

**FOR JUDGE'S VIEW ONLY**

**DO NOT FILE**



**Tahji Antonio Eley**
**Docket No. 5:10-CR-196-3FL**